PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00228-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RICKY PHIENEMANH, | DATE: January 10, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 10, 2023.

2. By this stipulation, defendant now moves to continue the status conference until April 11, 2023, at 9:00 a.m., and to exclude time between January 10, 2023, and April 11, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 400 pages of documents, photographs, video and audio files, and drug lab analyses. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

   b) On January 4, 2023, defendant Ricky Phienemanh filed a motion and proposed order for substitution of attorney.  On January 5, 2023, the Court granted that motion.

   c) Accordingly, counsel for defendant requires additional time to review the discovery, consult with the defendant, review the current charges, conduct investigation and research related to the charges, to discuss potential resolutions with the defendant, and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2023 to April 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 4, 2023              PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ ALSTYN BENNETT
                                     ALSTYN BENNETT
                                     Assistant United States Attorney


Dated:  January 4, 2023              /s/ MICHAEL R. BARRETTE
                                     MICHAEL R. BARRETTE
                                     Counsel for Defendant
                                     RICKY PHIENEMANH


## ORDER

IT IS SO FOUND AND ORDERED this 5th day of January, 2023.

                                     /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE